UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 01-cr-50026
                                                      Hon. Matthew F. Leitman

v.

MARTIN ORLANDO MEEKS,

    Defendants.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE (ECF #91)

On October 30, 2017, Defendant Martin Orlando Meeks filed a motion in which he asked the Court to terminate his supervised release. (*See* ECF #91.) The Court held a hearing on Meeks' motion on December 14, 2017. (*See* ECF #92.)

For the reasons stated on-the-record at the December 14, 2017, hearing, **IT IS HEREBY ORDERED** that Defendant's motion (ECF #92) is **DENIED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: December 19, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 19, 2017, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9763